Cote, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Nathaniel Parks and Rasheeda Adderley,

                                            Plaintiffs,   **STIPULATION OF DISMISSAL**

          -against-

                                            11 Civ. 6778 (DLC)

The City of New York; Joseph Carrasco, in his individual capacity; Catherin Melendez, in her individual capacity; Cortney Allen, in his individual capacity; Flavio Rodriguez, in his individual capacity; and Francis Zito, in his individual capacity,

                                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONIC[ALLY FILED]
DOC #:
DATE FILED: 5/1/2012

----------------------------------------------------------------x

        WHEREAS, plaintiffs commenced this action by filing a complaint on or about September 27, 2011, alleging that the defendants violated plaintiffs' federal and state civil rights; and

        WHEREAS, plaintiffs now seek leave to file an amended complaint for the purpose of eliminating the City of New York as a defendant; and

        WHEREAS, plaintiffs have authorized their counsel to agree to the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed against defendant City of New York with prejudice, and without costs, expenses, or attorneys' fees.

        2.    Defendants consent to plaintiff filing an amended complaint for the purpose of changing the caption and removing the City of New York as a defendant.

3. This stipulation shall be binding upon the parties immediately upon signature and shall be submitted to the Court for entry as an Order.

Darius Wadia, Esq.
*Attorney for plaintiff*
233 Broadway, Suite 2208
New York, New York 10279
(212) 233-1212

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York,
Joseph Carrasco, Catherin Melendez,
Cortney Allen, Flavio Rodriguez and
Francis Zito*
100 Church Street, Rm. 3-203b
New York, New York 10407
(212) 341-0557

By: _____
Darius Wadia, Esq.
*Attorney for Plaintiff*

By: _____
Brian J. Farrar
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 30, 2012